UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH SCOTT, <br><br> Petitioner, <br><br> v. <br><br> WARDEN WHITE, <br><br> Respondent. | HONORABLE RENÉE MARIE BUMB <br><br> Civil Action No. 20-8401 (RMB) <br><br> OPINION |

This matter having come before the Court upon Respondent's Letter Application, dated August 28, 2020, requesting that the Court dismiss the instant petition for writ of habeas corpus under Title 28 U.S.C. Section 2241 as moot; and the Court finding that Petitioner's incident report has been expunged from Petitioner's disciplinary record and that the disallowed/forfeited good conduct time has been restored; and the Court further finding that Petitioner's release date has been updated to reflect the restored good conduct time; the Court will dismiss the petition as moot.

An appropriate Order follows.

Dated: September 3, 2020

s/RENÉE MARIE BUMB
_____
HON. RENÉE MARIE BUMB
United States District Judge

At Camden, New Jersey